# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

___

In re:

Rachelle Leah Payonk,                                    Bky. No. 19-60247

        Debtor.

___

Douglas Eric Towle,

        Plaintiff,

vs.                                                        Adv. Proc. No. 19-06014

Rachelle Leah Payonk,

        Defendant.

___

# ANSWER
___

    Comes now Defendant Rachelle Leah Payonk, as and for her Answer to the plaintiff's Complaint, states and alleges as follows:

## ANSWER

    1.    Except as hereinafter admitted, qualified, or otherwise answered, defendant denies each and every allegation and thing in plaintiff's Complaint.

    2.    Defendant admits that she used plaintiff's credit card with his permission.

    3.    Defendant admits she did not pay plaintiff for the purchases she made with his credit card.

    4.    Defendant denies the allegation that she engaged in any fraud with respect to her use of plaintiff's credit card.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses in order to preserve them pending further discovery:

1. The Complaint fails to state a claim upon which relief can be granted.

2. The plaintiff's claims are barred, in whole in in part, by the doctrine of unclean hands, laches, waiver and estoppel.

3. The plaintiff's damages, if any, are a result of plaintiff's own actions or inactions, negligence, or the actions or negligence of third parties over whom the defendant had no control.

4. As a separate and alternative defense to the Complaint, the defendant alleges that the claims contained in the Complaint may be barred by any or all of the affirmative defenses contemplated by Rule 8 of the Federal Rules of Civil Procedure. To the extent plaintiff's claims may be barred by one or more of said affirmative defenses not specifically set forth above and cannot be determined until the defendant has had the opportunity to complete discovery, the defendant therefore incorporates all such affirmative defenses as if fully set forth herein.

## PRAYER FOR RELIEF

**WHEREFORE**, defendant requests an order of the Court as follows:

1. Dismissing plaintiff's Complaint with prejudice and on the merits;

2. Awarding defendant her costs and disbursements herein; and

3. For such other and further relief as the Court may deem just and equitable under the circumstances.

                                       VOLUNTEER LAWYERS NETWORK
                                       DAVE BURNS LAW OFFICE, LLC

Dated: September 12, 2019         /s/ David M. Burns
                                       David M. Burns, #337869

    1025 Grain Exchange South
    400 South Fourth Street
    Minneapolis, MN 55415
    Phone: 612-677-8351
    Fax: 866-223-3806
    Email: dave@daveburnslaw.com

*Attorney for Defendant*

### DECLARATION OF SERVICE

I, David M. Burns, attorney for Defendant Rachelle Leah Payonk, declares that on September 12, 2019, I served an ANSWER by electronic mail via the court's CM/ECF server. Additionally, on September 12, 2019 said ANSWER was served upon:

    Douglas Eric Towle
    319 25th Avenue North
    St. Cloud, MN 56303

by mailing a copy thereof, enclosed in an envelope, first class postage prepaid, and by depositing the same in the United States Mail at Minneapolis, Minnesota, directed to each party at the address indicated above.

### VERIFICATION

I hereby declare under penalty of perjury that I have read the foregoing Declaration of Service by CM/ECF and U.S. Mail and that the facts stated therein are true and correct.

    VOLUNTEER LAWYERS NETWORK
    DAVE BURNS LAW OFFICE, LLC

Dated: September 12, 2019    /s/ David M. Burns
    David M. Burns, #337869
    1025 Grain Exchange South
    400 South Fourth Street
    Minneapolis, MN 55415
    Phone: 612-677-8351
    Fax: 866-223-3806
    Email: dave@daveburnslaw.com

*Attorney for Defendant*