| | | |
|---|---|---|
| Douglas Towle | RECEIVED | United States Bankruptcy Court |
| Petitioner | 2019 DEC -3 PM 1:37 | 515 West First Street Room 104 |
| vs | U.S. BANKRUPTCY COURT DULUTH, MN | Duluth Mn 55802 |
| Rachelle Leah Payonk | | Adv. NO. 19-06014 |

My first piece of evidence is a certified letter from my credit card company stating a $10,000.00 payment was made from bank account ending in 4794. My second piece of evidence is copy of my credit card statement showing payment was reversed. In addition I have attached a check from checking accoun ending in 8031.

**DOUGLAS E TOWLE**
319 25TH AVE N
SAINT CLOUD, MN 56303-3734

17-2/910        109

Date _____ PMP

PAY TO THE ORDER OF _Void_ $ _____

Dollars ← Heat Reactive Ink

**us bank**

Memo _____ MP

▇▇▇▇▇▇▇▇▇▇▇8031⑆0109

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

*Douglas Towle*
*11-26-2019*

## CARDMEMBER SERVICE
P.O. Box 6352
Fargo, ND 58125-6352

March 24, 2016

DOUGLAS E TOWLE
319 25TH AVE N
SAINT CLOUD, MN 56303-3734

Re: Account number ending with: 5013

Dear DOUGLAS E TOWLE:

Thank you for contacting Cardmember Service. We appreciate the opportunity to be of assistance to you.

We received your request regarding a recent payment that was submitted to your account. Our records indicate that a payment of $10,000.00 posted to your account on 12/17/2015. The payment was submitted to your account via telephone on 12/15/2015 using a checking account number ending in 4794.

As always, we are pleased to serve you and appreciate your business. If you have further questions, please visit us on the Web at www.usbank.com, or contact our twenty-four-hour Cardmember Service Department at 800-285-8585 (we accept relay calls).

Sincerely,

Amber E.
Cardmember Service Representative

Cardmember Service, P.O. Box 6352, Fargo, ND 58125-6352

*Douglas Towle  11-26-19*

## Credit Card - 4669

| | |
|---|---|
| Current Balance | $15,579.83 |
| Statement Balance | $13,201.21 |
| Minimum Payment | $0.00 due on 12/23/2015 |
| Available Credit | $4,420.17 |
| Rewards Balance | **Rewards Details** |

*(handwritten: total charged by Rachelle Payonk $15332.67)*

*(handwritten: Douglas Towle 11-26-2017)*

## Transactions

| Date | Description | Credits | Charges |
|---|---|---|---|
| **Completed Transactions** | | | |
| 12/24/2015 | Internet Payment Thank You | $133.00 | |
| 12/21/2015 | Returned Payment Fee | | $25.00 |
| 12/21/2015 | Payment Reversal | | $10,000.00 |
| 12/17/2015 | Payment Thank You  *Account # 4794* | $10,000.00  *Account # 4794* | |
| 12/14/2015 | Steampowered.com 425-9522985 Wa | | $9.99 |
| 12/14/2015 | Steampowered.com 425-9522985 Wa | | $19.99 |
| 12/11/2015 | Steamgames.com 425-952-2985 Wa | | $19.99 |
| 12/07/2015 | Benton Station Sauk Rapids Mn | | $34.00 |
| 12/07/2015 | Shopko 61 00300616 St Cloud Mn | | $157.92 |
| 12/07/2015 | Holiday Stnstore 3766 Sauk Rapids Mn | | $22.15 |
| 12/07/2015 | Petco 604 63506042 Waite Park Mn | | $60.97 |
| 12/07/2015 | Apl* Itunes.com/bill 866-712-7753 Ca | | $1.06 |
| 12/04/2015 | Schwans Home Service Marshall Mn | | $70.52 |

*(handwritten left margin: ~d)*

Douglas Towle                                           United States Bankruptcy Court

vs                                                      515 West First Street Room 104

Rachelle Payonk                                         Duluth Mn 55802

Adv. NO. 19-06014

My third piece of evidence is a letter written on my behalf by Jamie Elwood signed and dated. Which are in reguards to conservations as a witness between myself and Rachelle.

*Douglas Towle 11-26-2019*

1

On about 11-2-2015 Douglas Towle requested my help and my truck to pick up some beds. When I arrived it was soon evident the beds were not for his family but for Rachelles and Doug was paying for them. I gave Doug a funny look and he replied not to worry he is getting paid back. After that is when Rachelle made the comment of course once I receive my renters insurance check from the fire.

I was called by Doug again for helping cleaning out the burnt out rental around the same time. Where several times I heard Rachelle make reference to receiving a renters insurance check. From the conversations I heard I believed that Doug was being made to believe he was getting paid back from the renters insurance check that Rachelle was to receive.

Jamie Elwood

431 13 ave n

Sauk Rapids Mn 56379

*[signature] 11-12-19*
*320-492-0731*

*Douglas Towle 11-26-19*

1

Mr. David Burns this letter is in regards to you client Rachelle Leah Payonk Adv. No. 19-6014. Current debt stand at $17,186.78 as of 11/26/2019 case number 05-cv-16-1255 or they can access through last name Towle & Payonk. Easily confirmed by calling Foley court house 320-968-5205. I offer a settlement to your client of $11,000.00 to be paid with a cashiers check or money order.

*Douglas Towle* 11-26-19

320-282-3684